B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Central District of California** | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crunchies Food Company, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-4986153** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**733 Lakefield Road**<br>**Suite #B**<br>**Westlake Village, CA**                          ZIP Code<br>**91361** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Ventura** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>   *See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>   check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>   in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7                    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                        of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12                   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                       of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>   defined in 11 U.S.C. § 101(8) as              business debts.<br>   "incurred by an individual primarily for<br>   a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crunchies Food Company, LLC** | |
|---|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)         (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|         _____<br>        (Name of landlord that obtained judgment) |
|         _____<br>        (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Crunchies Food Company, LLC** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**David L. Neale 141225**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

_____
Address

**(310) 229-1234**
Telephone Number

*8/11/14*                    **141225**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(h); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**James P. Lacey**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

_____
Date

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Crunchies Food Company, LLC** |

<b>Signatures</b>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
  Signature of Attorney for Debtor(s)

**David L. Neale 141225**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

Address

**(310) 229-1234**
Telephone Number

**141225**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

**James P. Lacey**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**RESOLUTION OF CRUNCHIES FOOD COMPANY, LLC
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

At a special meeting of the members entitled to participate (the "Members") of

Crunchies Food Company, LLC, a California limited liability company (the "Company"),

the following resolutions were duly enacted and the same remain in full force and effect,

without modification, as of the date hereof:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California.

> FURTHER RESOLVED, that James Lacey ("Authorized Agent") is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case.

> FURTHER RESOLVED, that Authorized Agent is authorized and directed to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. as general bankruptcy counsel to the Company upon terms and conditions acceptable to Authorized Agent.

> FURTHER RESOLVED, that Authorized Agent is hereby authorized and directed on behalf of and in the name of the Company to execute and file all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which Authorized Agent deems necessary and proper in connection with such bankruptcy case and to retain and employ counsel and any other professional which Authorized Agent deems necessary and proper.

Dated: August 13, 2014

CRUNCHIES FOOD COMPANY, LLC

By: _____
    JAMES LACEY
    Its:   Managing Member

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   Crunchies Food Company, LLC
                                              Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in
accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1)
persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of
the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.
If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and
address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's
name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chaucer Foods c/o Evan Smiley Welland, Golden, Smiley et al 650 Town Center Drive, Suite 950 Costa Mesa, CA 92626 | Chaucer Foods c/o Evan Smiley Welland, Golden, Smiley et al 650 Town Center Drive, Suite 950 Costa Mesa, CA 92626 (714) 966-1000 | | | 1,009,428.80 |
| Searsport Food Jiu Qu Town He Dong District Shandong, China 00027-6034 CHINA | Searsport Food Jiu Qu Town He Dong District Shandong, China 00027-6034 CHINA 818 887-1000 | | | 829,234.30 |
| Dan Rivero 13701 Riverside Ave #500 Sherman Oaks, CA 91423 | Dan Rivero & Associates 13701 Riverside Ave #500 Sherman Oaks, CA 91423 818 981-7272 | | | 360,000.00 |
| Bella Food Sales, LLC 56288 Erickson Dr Mishawaka, IN 46545 | Bella Food Sales, LLC 56288 Erickson Dr Mishawaka, IN 46545 574-229-8803 | | | 347,040.00 |
| World Health Industries 1485 Livingston Lane Jackson, MS 39213 | World Health Industries 1485 Livingston Lane Jackson, MS 39213 601-983-1239 | | | 320,712.33 |
| Anschutz Entertainment Group 800 W. Olympic Blvd #305 Los Angeles, CA 90015 | Anschutz Entertainment Group 800 W. Olympic Blvd #305 Los Angeles, CA 90015 213 763-5489 | | | 276,750.00 |
| Landsberg Santa Barbara P O Box 101144 Pasadena, CA 91189-1144 | Landsberg Santa Barbara P O Box 101144 Pasadena, CA 91189-1144 818 515 1341 | | | 245,092.52 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Crunchies Food Company, LLC**                                    Case No.   _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Imperial Valley Foods, Inc<br>233 Paulin Ave PMB<br># 5311<br>Calexico, CA 92231 | Imperial Valley Foods, Inc<br>233 Paulin Ave PMB<br># 5311<br>Calexico, CA 92231<br>760-203-1806 | | | 201,525.00 |
| C.H. Robinson Worldwide Inc<br>P O Box 9121<br>Minneapolis, MN 55480-9121 | C.H. Robinson Worldwide Inc<br>P O Box 9121<br>Minneapolis, MN 55480-9121<br>509-823 2793 | | | 104,761.58 |
| Lewis Brisbois Bisgard and Smith LLP<br>221 North Figueroa St<br>Suite 1200<br>Los Angeles, CA 90012 | Lewis Brisbois Bisgard and Smith LLP<br>221 North Figueroa St<br>Suite 1200<br>Los Angeles, CA 90012<br>213 680-5173 | | | 103,435.86 |
| Sierra Packaging & Converting,LLC<br>1400 Kleppe Lane<br>Sparks, NV 89431 | Sierra Packaging & Converting,LLC<br>1400 Kleppe Lane<br>Sparks, NV 89431<br>619-316 6180 | | | 97,583.95 |
| Dynamic Presence East<br>12 Executive Ct<br>Suite #1<br>South Barrinton, IL 60010 | Dynamic Presence East<br>12 Executive Ct<br>Suite #1<br>South Barrinton, IL 60010<br>847-756-8057 | | | 76,500.00 |
| Leadership Capital Partners<br>11111 Santa Monica Blvd<br>#1650<br>Los Angeles, CA 90025 | Leadership Capital Partners<br>11111 Santa Monica Blvd<br>#1650<br>Los Angeles, CA 90025<br>310 545 9400, ext 124 | | | 70,000.00 |
| Blue Ocean Innovative Solutions Inc<br>3201 SW Regency Parkway<br>#5<br>Bentonville, AR 72712 | Blue Ocean Innovative Solutions Inc<br>3201 SW Regency Parkway<br>#5<br>Bentonville, AR 72712<br>479-381-1425 | | | 64,364.74 |
| FedEx<br>P O Box 7221<br>Pasadena, CA 91109-7321 | FedEx<br>P O Box 7221<br>Pasadena, CA 91109-7321<br>800-622-1147 | | | 55,835.02 |
| InFocus Specialities<br>3315 S Blue Ridge Court<br>Westlake Vilage, CA 91361 | InFocus Specialities<br>3315 S Blue Ridge Court<br>Westlake Vilage, CA 91361<br>805-379-9192 | | | 53,184.85 |
| Van Drunen Farms<br>P O Box 92170<br>Elk Grove, IL 60009 | Van Drunen Farms<br>P O Box 92170<br>Elk Grove, IL 60009<br>815 472-3100, x169 | | | 51,752.50 |

B4 (Official Form 4) (12/07) - Cont.

In re **Crunchies Food Company, LLC**                                              Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)                                                                                      | (2)                                                                                                                                           | (3)                                                                         | (4)                                                                                       | (5)                                                              |
|------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------|-------------------------------------------------------------------------------------------|------------------------------------------------------------------|
| *Name of creditor and complete mailing address including zip code*                        | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)*          | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff*            | *Amount of claim [if secured, also state value of security]*      |
| Reicker, Pfau, Pyle & McRoy LLP<br>1421 State Street<br>Santa Barbara, CA 93101          | Reicker, Pfau, Pyle & McRoy LLP<br>1421 State Street<br>Santa Barbara, CA 93101<br>805-695-2214                                                |                                                                             |                                                                                           | 50,000.00                                                        |
| DMH Ingredients<br>1228 American Way<br>Libertyville, IL 60048                           | DMH Ingredients<br>1228 American Way<br>Libertyville, IL 60048<br>847-362-9977                                                                 |                                                                             |                                                                                           | 49,416.17                                                        |
| Koppel, Patrick,Heybl &<br>Philpott<br>2815 Townsgate Road<br>Ste. 215<br>Westlake Village, CA 91361 | Koppel, Patrick,Heybl & Philpott<br>2815 Townsgate Road<br>Ste. 215<br>Westlake Village, CA 91361<br>805-373-0060                              |                                                                             |                                                                                           | 47,097.42                                                        |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____8-15-14_____                    Signature _____
                                                    James P. Lacey
                                                    Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

### United States Bankruptcy Court
#### Central District of California

In re   **Crunchies Food Company, LLC**                                     Case No. _____

                                          Debtor

                                                          Chapter _____     **11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Allan Klein**<br>**1725 Butler Ave. #305**<br>**Los Angeles, CA 90025** | | | |
| **Allan Schoenberger**<br>**181 Bluffton Rd. Ste F2014**<br>**Bluffton, SC 29910** | | | |
| **Andy Anderson**<br>**2263 Johnson Dr.**<br>**Ventura, CA 93003** | | | |
| **Brett Zaccardi**<br>**1400 Rosa Parks Blvd. #106**<br>**Nashville, TN 37208** | | | |
| **Christie Whitehead**<br>**5427 Brookside Dr.**<br>**Broomfield, CO 80020** | | | |
| **Colin & Georgette Hann**<br>**355 Landeros Dr.**<br>**Santa Clara, CA 90051** | | | |
| **Daly Sa 1006 LLC**<br>**5263 Denver St.**<br>**Boulder, CO 80304** | | | |
| **Darrel & Nancy Horn**<br>**3707 Llyn Glaslyn Pl.**<br>**Santa Rosa, CA 95403** | | | |
| **Daryl Dunbar**<br>**10 Bryant Ct.**<br>**Sterling, VA 20166** | | | |
| **Deming 2002 FLP #3**<br>**451 N Washington**<br>**El Dorado, AR 71730** | | | |
| **Deming Family Trust**<br>**451 N Washington**<br>**El Dorado, AR 71730** | | | |

**5**___ continuation sheets attached to List of Equity Security Holders

In re    **Crunchies Food Company, LLC**                                          Case No. _____
_____
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Denver Darling**<br>10271 Wesley Circle<br>Huntington Beach, CA 92646 | | | |
| **Donald Turner**<br>3923 Maple Hill E<br>W. Bloomfield, MI 48323 | | | |
| **Ethan Ruby**<br>189 W. 89th St #11C<br>New York, NY 10024 | | | |
| **Greg Parsons**<br>166 Duane St. #7C<br>New York, NY 10013 | | | |
| **Hamidreza Mottaghinejad**<br>5699 Kanan Rd. #157<br>Agoura Hills, CA 91301 | | | |
| **Harold Cohen**<br>181 E. 65th St.<br>New York, NY 10065 | | | |
| **Harry Bret Shepard**<br>5404 Chandley Farm Cir<br>Centreville, VA 20120 | | | |
| **Howard Robby**<br>6944 96th Ave SE<br>Mercer Island, WA 98040 | | | |
| **James Lacey**<br>3808 Bowspirit Cir.<br>Westlake Village, CA 91361 | | | |
| **James O'Dea**<br>111 Water Street<br>East Dundee, IL 60118 | | | |
| **Jill Watson**<br>195 Highway 50, #104-396<br>Stateline, NV 89449 | | | |
| **John Bloom**<br>PO Box 1134<br>Manzanita, OR 97130-1134 | | | |
| **John Kohlbrand**<br>1581 Hendrix Ave.<br>Thousand Oaks, CA 91360 | | | |

Sheet __1__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re    **Crunchies Food Company, LLC**                                                    Case No. _____

_____,
                                      Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jon Wickwire<br>917 Leigh Mill Rd.<br>Grat Falls, VA 22066 | | | |
| Julie Arnold<br>1128 Galesmorre Ct<br>Westlake Village, CA 91361 | | | |
| Julie Boys<br>9947 Darling Rd.<br>Ventura, CA 93004 | | | |
| Kelvin Clarke<br>8612 Beech Tree Rd.<br>Bethesda, MD 20817 | | | |
| Kent Swanson<br>6335 E Tufts Ave<br>Englewood, CO 80111 | | | |
| Kevin Daly<br>136 Spruce St.<br>Steamboat SpringsCO 80487 | | | |
| Kurt Maier<br>13 Leeward Road<br>Belvedere, CA 94108 | | | |
| Lee I Turner Trust<br>26000 West 12 Mile Rd.<br>Southfield, MI 48034 | | | |
| Lei-an LTD<br>PO Box 5858<br>Breckenridge, CO 80424 | | | |
| Lynden L. Rader<br>10342 Carioca Ct.<br>San Diego, CA 92124 | | | |
| Mark Loewenstein<br>12512 White Dr.<br>Silver Spring, MD 20904 | | | |
| Marlene Schwartz<br>9751 Woodhollow Dr.<br>Reno, NV 89521 | | | |
| Melvin Shaw<br>32399 Chestnut Lane<br>Pepper Pike, OH 44124 | | | |

Sheet __2__ of __5__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **Crunchies Food Company, LLC**                                    Case No. _____

_____,
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Dieveney**<br>1571 Macarthur Blvd<br>Costa Mesa, CA 92626 | | | |
| **Mitch Baruchowitz**<br>1054 Boston Post Rd.<br>Rye, NY 10580 | | | |
| **Neil Druks**<br>17 Nimrod Farm Rd.<br>Weston, CT 06883 | | | |
| **Norman & Margaret Parks**<br>379 96th St.<br>Stone Harbor, NJ 08247 | | | |
| **Omega Venture Group**<br>15627 Jube Wright Ct.<br>San Diego, CA 92127 | | | |
| **Phillip Tamminga**<br>477 Adams St.<br>Denver, CO 80206 | | | |
| **Proactive Management Ser**<br>PO Box 143<br>Sicklerville, NJ 08081 | | | |
| **Ragnar Storm-Larsen**<br>240 E. Lombard St. #200<br>Thousand Oaks, CA 91360 | | | |
| **Randy Horn/Tracy Coombe**<br>30 La Cuesta<br>Greenbrae, CA 94904 | | | |
| **Robert Dye**<br>1920 Main St., Ste 1070<br>Irvine, CA 92614 | | | |
| **Robert Harris**<br>654 N. Delsea Dr.<br>Pitman, NJ 08071 | | | |
| **Robert Taggart Jr.**<br>7163 S. Chapparel Circle E<br>Centennial, CO 80016 | | | |
| **Ron Gonen**<br>13449 Mulholland Dr.<br>Beverly Hills, CA 90210 | | | |

Sheet __3__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re   **Crunchies Food Company, LLC**                                    Case No. _____

_____
                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **RSL Venture Partners**<br>**18 Pheasant Run**<br>**Old Westbury, NY 11568** | | | |
| **Satsuki Mitchell**<br>**c/o Gary Halpert**<br>**20335 Ventura Blvd #400**<br>**Woodland Hills, CA 91364** | | | |
| **Shawn Patt**<br>**965 Wilshire Blvd, Suite #600**<br>**Beverly Hills, CA 90212** | | | |
| **Steve Krause**<br>**200 N Westlake Blvd #204**<br>**Westlake Village, CA 91362** | | | |
| **Stifel Nicolaus/Denver Dar**<br>**501 N Broadway**<br>**St. Louis, MO 63102** | | | |
| **Studio 21st West**<br>**873 Old Holly Dr.**<br>**Great Falls, VA 22066** | | | |
| **Thomas Chisari**<br>**57 W. Sidlee St.**<br>**Thousand Oaks, CA 91360** | | | |
| **Tom Armstrong**<br>**163 Burns Way**<br>**Fanwood, NJ 07023** | | | |
| **Tom Bellia**<br>**223 Bishop Rd**<br>**Millicahill, NJ 08062** | | | |
| **Troy Taggart**<br>**21220 Crab Orchard Ct.**<br>**Ashburn, VA 20147** | | | |
| **William Innes**<br>**822 Hampshire Rd #G**<br>**Westlake Village, CA 91362** | | | |
| **Woodman Avenue LLC**<br>**13701 Riverside Dr. #500**<br>**Sherman Oaks, CA 91423** | | | |

Sheet __4__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re    **Crunchies Food Company, LLC**                                                    Case No. _____

_____
                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Yidam, LTD<br>PO Box 5858<br>Breckenridge, CO 80424** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have
read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____8-15-14____                        Signature_____

                                           James P. Lacey
                                           Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet __5__ of __5__ continuation sheets attached to the List of Equity Security Holders

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property
    included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list
    any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A
    that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
    proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending,
    and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed
    with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Westlake Village_, California.

Date: _8-15-14_

James P. Lacey
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 1          F 1015-2.1.STMT.RELATED.CASES

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Crunchies Food Company, LLC** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................ $ _____ **50,000.00**

    Prior to the filing of this statement I have received .................................. $ _____ **50,000.00**

    Balance Due ......................................................................................... $ _____ **0.00**

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
       **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**                     1998 USBC, Central District of California

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services
     **Matters which are outside of LNBYB's specialization**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>_8/11/14_<br>Date                                  **David L. Neale 141225**<br>                                         *Signature of Attorney*<br>                                         **Levene, Neale, Bender, Yoo & Brill LLP**<br>                                         *Name of Law Firm*<br>                                         **10250 Constellation Blvd.**<br>                                         **Suite 1700**<br>                                         **Los Angeles, CA 90067**<br>                                         **(310) 229-1234** |

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **David L. Neale 141225**

Address     **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone   **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **Crunchies Food Company, LLC** | Case No.: |
| | Chapter:        11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **27** sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    8-15-14

James P. Lacey/Managing Member
Signer/Title

Date:

Signature of Attorney
David L. Neale 141225
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
(310) 229-1234

Crunchies Food Company, LLC
733 Lakefield Road
Suite #B
Westlake Village, CA 91361

David L. Neale
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

ABF Multimodal
P O Box 10048
Fort Smith, AR 72917-0048

Allan Klein
1725 Butler Ave. #305
Los Angeles, CA 90025

Allan Schoenberger
181 Bluffton Rd. Ste F2014
Bluffton, SC 29910

Andy Anderson
2263 Johnson Dr.
Ventura, CA 93003

Anschutz Entertainment Group
800 W. Olympic Blvd
#305
Los Angeles, CA 90015

Balance Your Books
147 Triunfo Canyon
#101
Westlake Village, CA 91361

Bella Food Sales, LLC
56288 Erickson Dr
Mishawaka, IN 46545

Better Business Bureau
P O Box 970
Colton, CA 92324

Blue Ocean Innovative Solutions Inc
3201 SW Regency Parkway
#5
Bentonville, AR 72712

Brett Zaccardi
1400 Rosa Parks Blvd. #106
Nashville, TN 37208

Bridgeton Holdings Inc.
9001 Kimmer Drive
Lone Tree, CO 80124

Buffalo Brothers West
208 Cottage Grove Street
Santa Barbara, CA 93101

C.H. Robinson Worldwide Inc
P O Box 9121
Minneapolis, MN 55480-9121

Cabrillo Westlake
755 Lakefield Road
Ste. A
Westlake Village, CA 91361

California Grocers Association
1215 K Street # 700
Sacramento, CA 95814-3946

Chaucer Foods c/o Evan Smiley
Weiland, Golden, Smiley et al
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Chien & Smith-Fricke, LLP
900 Avenida Acaso
Suite D
Camarillo, CA 93012

Christie Whitehead
5427 Brookside Dr.
Broomfield, CO 80020

Circle Up, attn: Rory Eakin
aka Fundme Securities LLC
1 Hallidie Plaza, Suite 503
San Francisco, CA 94102

Classic Bicycle Racing, LLC
1515 Arapahoe St Tower 1
10th floor
Denver, CO 80202

Colin & Georgette Hann
355 Landeros Dr.
Santa Clara, CA 90051

Consumer Connection, Inc.
1200 Whitman Court NE
Renton, WA 98059

Consumer Packaging Group, Inc.
1020 James Drive Suite L
Hartland, WI 53029

Custom Leasing Sales
13701 Riverside Ave
#500
Sherman Oaks, CA 91423

CyberCopy, Inc.
621 Via Alondra Suite 608
Camarillo, CA 93012

Daly Sa 1006 LLC
5263 Denver St.
Boulder, CO 80304

Dan Rivero
13701 Riverside Ave
#500
Sherman Oaks, CA 91423

Daniel Lacey
3808 Bowspirit
Westlake Village, CA 91361

Darrel & Nancy Horn
3707 Llyn Glaslyn Pl.
Santa Rosa, CA 95403

Daryl Dunbar
10 Bryant Ct.
Sterling, VA 20166

David Alverez
240 Prospector Way
Ball Ground, GA 30107

Daylight Transport LLC
P O Box 93155
Long Beach, CA 90809

Debbi Reed
2390 Leeward Circle
Westlake Village, CA 91361

Deming 2002 FLP #3
451 N Washington
El Dorado, AR 71730

Deming Family Trust
451 N Washington
El Dorado, AR 71730

Dennis Aylward
1135 Seminole Trail
Carrollton, TX 75007

Denver Darling
10271 Wesley Circle
Huntington Beach, CA 92646

Dependable Dist Center
P O BOX 58047
Los Angeles, CA 90058

Dependable Highway Express
P O BOX 58047
Los Angeles, CA 90058-0047

Derek McGowan
1674 Bucksglen Court
Westlake Village, CA 91361

Diane Nott-Kilfoil
4744 Via Canada
Thousand Oaks, CA 91320

Direct Demos
601-C East Palomar St
# 212
Chula Vista, CA 91911

DMH Ingredients
1228 American Way
Libertyville, IL 60048

Document Systems
300 North Graves
Suite E
Oxnard, CA 93030

Donald DeLaski Trust
1610 Crestwood Lane
McLean, VA 22101

Donald Turner
3923 Maple Hill E
W. Bloomfield, MI 48323

Dynamic Presence East
12 Executive Ct
Suite #1
South Barrinton, IL 60010

Edgewater Park Media Inc
235 Edgewater Dr
Dunedin, FL 34698

Eichberg Associates, Inc
16255 Ventura Blvd
Suite 350
Encino, CA 91436

Estes Express Lines
P O Box 25612
RIchmond, VA 23260-5612

Ethan Ruby
189 W. 89th St #11C
New York, NY 10024

Evan Smiley
Weiland, Golden, Smiley et al
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

FedEx
P O Box 7221
Pasadena, CA 91109-7321

FedEx Freight
P O BOX 21415
Pasadena, CA 91185-1415


Food & Beverage Executive
701 N. Anderson Street
Ellensburg, WA 98926


Food Chain Global Advisors, Inc
504 N 4th Street
Fairfield, IA 52556


Food Industries Circle Chapter
1055 WIlshire Blvd
12th Floor
Los Angeles, CA 90017


Forsythe & Associates
10605 SE 240th Street
PMB # 421
Kent, WA 98031


Franchise Tax Board
P O Box 942857
Sacramento, CA 94257-0531


Fresco Community Markets LLC
5914 Monterey Road
Los Angeles, CA 90042


G E Capital
P O BOX 31001-0273
Pasadena, CA 91110-0273

Garden Acres Santa Claus, Inc.
3701 Orange Drive
Oxnard, CA 93036


Gen Spring Family Offices
4445 Willard Ave. Ste 1010
Chevy Chase, MD 20815


Global Health Brokerage, Inc.
33539 McCallum Place
Abbotsford, BC   V2S 7B6
BRITISH COLUMBIA


Globaltranz Enterprises,  Inc.
P O Box 203285
Dallas, TX 75320-3285


Gluten Intolerence Group
31214-124 Ave SE
Auburn, WA 98092-3667


Greater Conejo Valley COC
600 Hampshire Road
Suite 200
Westlake Village, CA 91361


Greg Parsons
166 Duane St. #7C
New York, NY 10013


Grocery Headquarters
333 Seventh Avenue
11th Floor
New York, NY 10001

GS1 US
7887 Washington Village Dr
Suite 300
Dayton, OH 45459-8305

Hamidreza Mottaghinejad
5699 Kanan Rd. #157
Agoura Hills, CA 91301

Harold Cohen
181 E. 65th St.
New York, NY 10065

Harry Bret Shepard
5404 Chandley Farm Cir
Centreville, VA 20120

Hartford Insurance
P O BOX 660916
Dallas, TX 75266

Hopster
1600 Aspen Commons
Suite 980
Middleton, WI 53562

Hot Ice Media
23901 Calabasas Road
Suite 1025
Calabasas, CA 91302

Howard Robby
6944 96th Ave SE
Mercer Island, WA 98040

Imperial Valley Foods, Inc
233 Paulin Ave PMB
# 5311
Calexico, CA 92231

InFocus Specialities
3315 S Blue Ridge Court
Westlake Vilage, CA 91361

IPFS Corporation
P O Box 100391
Pasadena, CA 91189-0391

James Lacey
3808 Bowsprit Cir
Westlake Village, CA 91361-3814

James Lacey
3808 Bowspirit Cir.
Westlake Village, CA 91361

James O'Dea
111 Water Street
East Dundee, IL 60115

Jason Hardman
420 Constitution Avenue
Camarillo, CA 93012

Jennifer Hurless
5741 Stone Mountain Rd
Westlake Village, CA 91362

Jill M Watson
4607 Lakeview Cyn Road
#312
Westlake Village, CA 91361

Jill Watson
195 Highway 50, #104-396
Stateline, NV 89449

John Bloom
PO Box 1134
Manzanita, OR 97130-1134

John Hancock Life Insurance Co.
27 Drydock Ave.,
Boston, MA 02210-2377

John Kohlbrand
1561 Hendrix Ave.
Thousand Oaks, CA 91360

Jon Wickwire
917 Leigh Mill Rd.
Grat Falls, VA 22066

Julie Arnold
1128 Galesmorre Ct
Westlake Village, CA 91361

Julie Boys
9947 Darling Rd.
Ventura, CA 93004

Landsberg Santa Barbara
P O Box 101144
Pasadena, CA 91189-1144


Landsberg Santa Barbara
1620 South Greenwood Ave.
Montebello, CA 90640


Laura Leibowitz
36 N Via Los Altos
Newbury Park, CA 91320


Leadership Capital Partners
11111 Santa Monica Blvd
#1650
Los Angeles, CA 90025


Lee I Turner Trust
26000 West 12 Mile Rd.
Southfield, MI 48034


Lei-an LTD
PO Box 5858
Breckenridge, CO 80424


Lewis Brisbois Bisgard and Smith LLP
221 North Figueroa St
Suite 1200
Los Angeles, CA 90012


LightGabler LLP
760 Paseo Camarillo,
Suite 300
Camarillo, CA 93010

Kelvin Clarke
8612 Beech Tree Rd.
Bethesda, MD 20817

Kent Swanson
6335 E Tufts Ave
Englewood, CO 80111

Kevin Daly
136 Spruce St.
Steamboat Springs, CO 80487

Kevin Daly
136 Spruce St.
Steamboat SpringsCO 80487

Kevin Park
3404 Via Lido #B
Newport Beach, CA 92663

KOF-K
201 The Plaza
Teaneck, NJ 07666

Koppel, Patrick,Heybl & Philpott
2815 Townsgate Road
Ste. 215
Westlake Village, CA 91361

Kurt Maier
13 Leeward Road
Belvedere, CA 94108

Lila's House Cleaning
201 Poseo Loma # C8
Camarillo, CA 93010


Lynden L. Rader
10342 Carioca Ct.
San Diego, CA 92124


Mack Elevation Forum
338 May Street
Elmhurst, IL 60126


Manfredi Levine
3262 E. THousand Oaks Blvd
Suite 200
Westlake Village, CA 91362


Mark Loewenstein
12512 White Dr.
Silver Spring, MD 20904


Marlene Schwartz
9751 Woodhollow Dr.
Reno, NV 89521


MegaPath Inc.
P O Box 120324 Dept 0324
Dallas, TX 78312-0324


Melvin Shaw
32399 Chestnut Lane
Pepper Pike, OH 44124

Michael Dieveney
1571 Macarthur Blvd
Costa Mesa, CA 92626

Michael E. Lacey
3808 Bowspirit Circle
Westlake Village, CA 91361

Michael Tudzin
Law Offices of Michael Tudzin
5700 Canoga Ave Ste 300
Woodland Hills, CA 91367

Microsoft Financing
P O Box 73843
Cleveland, OH 44193

Midwest Franchise Owner's Association
1509 Nelson Road
New Lenox, IL 60451

Mitch Baruchowitz
1054 Boston Post Rd.
Rye, NY 10580

MM&K LLC
1215 Cushman Avenue
San Diego, CA 92110

Morgan Lewis & Bockius LLP
5 Park Plaza
Suite 1750
Irvine, CA 92614

Multi Ad
P O Box 4697
Carol Stream, IL 60197

NACDS
P O Box 34814
Alexandria, VA 22334-0814

Nad Verjee
15627 Jube Wright Ct
San Diego, CA 92127

Natl Asso of College Stores
500 East Lorain Street
Oberlin, OH 44074

Neil Druks
17 Nimrod Farm Rd.
Weston, CT 06883

Norman & Margaret Parks
379  96th St.
Stone Harbor, NJ 08247

Northridge Container
16161 Ventura Blvd,
suite 716
Encino, CA 91436

Office Depot
P O BOX 88040
Chicago, IL 60680-1040

Omega Venture Group
15627 Jube Wright Ct.
San Diego, CA 92127


One Stop Logistics
545 Ohlone Parkway
Watsonville, CA 95076


Orkin Pest Control
P O BOX 7161
Pasadena, CA 91109-7161


Oser Communications Group Inc
P O Box 30520
Tucson, AZ 85751


Outdoor Retailer Summer Market
32573 Collection Center Dr
Chicago, IL 60693-0327


Paramount Container, Inc
684 N Berry Street
Bldg B
Brea, CA 92821


Phillip Tamminga
477 Adams St.
Denver, CO 80206


PMA
P O Box 6036
Newark, DE 19714

PNC Financing
PO Box 73843
Cleveland, OH 44193


Pocantico
55 S Broadway
1st Floor
Tarrytown, NY 10591


Proactive Management Ser
PO Box 143
Sicklerville, NJ 08081


Provident Trust Group LLC
FBO Aria Ziatabari
8888 W.  Sunset Rd., Suite 250
Las Vegas, NV 89148


Provident Trust Group LLC
FBO Khosrow Ziatabari IRA
8888 W.  Sunset Rd., Suite 250
Las Vegas, NV 89148


Provident Trust Group LLC
FBO Paridokht Ziatabari
8888 W.  Sunset Rd., Suite 250
Las Vegas, NV 89148


Quest Diagnostics
P O Box 740709
Atlanta, GA 30374-0709


Racher Press Inc.
220 Fifth Ave. -18th Fl.
New York, NY 10001

Ragnar Storm-Larsen
240 E. Lombard St. #200
Thousand Oaks, CA 91360

Randy Horn/Tracy Coombe
30 La Cuesta
Greenbrae, CA 94904

Reicker, Pfau, Pyle & McRoy LLP
1421 State Street
Santa Barbara, CA 93101

Richard John Kohlbrand
3075 E. Thousand Oaks Blvd.
#103
Westlake Village, CA 91362

Robert Dye
1920 Main St., Ste 1070
Irvine, CA 92614

Robert Harris
654 N. Delsea Dr.
Pitman, NJ 08071

Robert Taggart Jr.
7163 S. Chapparel Circle E
Centennial, CO 80016

Ron Gonen
13449 Mulholland Dr.
Beverly Hills, CA 90210

RSL Venture Partners
18 Pheasant Run
Old Westbury, NY 11568

Santo J. Laquatra
700 Woodland Road
Bradford Woods, PA 15015

Satsuki Mitchell
c/o Gary Halpert
20335 Ventura Blvd #400
Woodland Hills, CA 91364

Schraad & Associates
P O Box 18529
Oklahoma City, OK 73154

Scollon Productions
P O Box 486
White Rock, SC 29177

Searsport Food
Jiu Qu Town He Dong District
Shandong, China 00027-6034
CHINA

Shawn Patt
965 Wilshire Blvd, Suite #600
Beverly Hills, CA 90212

Shawna Loos
10185 Churchman Lane
Camarillo, CA 93012

Shopper Events LLC
File 749239
Los Angeles, CA 90074-9239

Shred-It
P O Box 101008
Pasadena, CA 91189-1008

Sierra Packaging & Converting, LLC
1400 Kleppe Lane
Sparks, NV 89431

Simply Gluten Free Inc
235 Edgewater Drive
Dunedin, FL 34698

Skyline Exhibits West, Inc.
4101 Guardian Street
Simi Valley, CA 93063

So Ca Edison
P.O. BOX 300
Rosemead, CA 09177-2001

Society Social Calendar
1014 S. Westlake Blvd
Suite 14-205
Westlake VIllage, CA 91361

Sparkletts
P O Box 660579
Dallas, TX 75266-0579

SPS Commerce
VB Box 3 P O
Box 9202
Minneapolis, MN 55480-9202

Staples
P O Box 83689
Chicago, IL 60696-3689

Sterling Networks
2277 Townsgate Road
Suite #208
Westlake Village, CA 91361

Steve Krause
200 N Westlake Blvd #204
Westlake Village, CA 91362

Stifel Nicolaus/Denver Dar
501 N Broadway
St. Louis, MO 63102

Studio 21st West
873 Old Holly Dr.
Great Falls, VA 22066

Sunshine FPC Inc
1600 Gage Road
Montebello, CA 90640

Sysco Ventura, Inc.
P O Box 432
Oxnard, CA 93032-0432

Teresa C. Chow
Baker & Hostetler LLP
11601 Wilshire Blvd Ste 1400
Los Angeles, CA 90025-0509

The Chung Family Trust
Trustee: Seung Chung
10211 Brier Lane
Santa Ana, CA 92705

Third Coast Logistics, LLC
PO Box 30317
Austin, TX 78755

Thomas Chisari
57 W. Sidlee St.
Thousand Oaks, CA 91360

Tom Armstrong
163 Burns Way
Fanwood, NJ 07023

Tom Bellia
223 Bishop Rd
Millicahill, NJ 08062

Tri-Kids 123
822 Hampshire Road
Suite F
Westlake Village, CA 91361

Troy Taggart
21220 Crab Orchard Ct.
Ashburn, VA 20147

Uline
P O Box 88741
Chicago, IL 60680-1741

Universal Marketing Services, Inc.
P O Box 222510
Hollywood, FL 33022-2510

UPS
P O Box 894820
Los Angeles, CA 90189-4820

Van Drunen Farms
P O Box 92170
Elk Grove, IL 60009

Veg News Media
3505 20th Street
San Francisco, CA 94110

Vegetarian Times
P O Box 951556
Dallas, TX 75395-1556

VegWeb.com
1750 Golden Gate Avenue
#7
San Francisco, CA 94115

Ventura County Tax Collector
800 South Victoria Avenue
Ventura, CA 93009-1290

Verizon
P O Box 920041
Dallas, TX 75392-0041

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Wasserman
10960 Wilshire Blvd
Suite 2200
Los Angeles, CA 90024

Wells Fargo Bank
P O Box 7777
San Francisco, CA 94120-7777

Wells Fargo Bank, N.A.
300 Tri-State International, Ste 40
Lincolnshire, IL 60069

William Innes
822 Hampshire Rd #G
Westlake Village, CA 91362

Woodman Avenue LLC
13701 Riverside Dr. #500
Sherman Oaks, CA 91423

World Health Industries
1485 Livingston Lane
Jackson, MS 39213

WZLX
83 Leo Birmingham Parkway
Boston, MA 02135

Yidam, LTD
PO Box 5858
Breckenridge, CO 80424

| Party Name, Address and Telephone Number (CA State Bar No. if Applicable) | FOR COURT USE ONLY |
|---|---|
| David L. Neale<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234<br>CA State Bar Number: 141225 | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>Crunchies Food Company, LLC | CHAPTER 11 |
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):
   **3075 E. Thousand Oaks Blvd., #103, Westlake, CA 91362-3402**

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   **733 Lakefield Road, Suite B, Westlake, CA 91367**

3. Disclose the current business address(es) for all corporate officers:
   **733 Lakefield Road, Suite B, Westlake, CA 91367**

4. Disclose the current business address(es) where the Debtor's books and records are located:
   **733 Lakefield Road, Suite B, Westlake, CA 91367**

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
   **733 Lakefield Road, Suite B, Westlake, CA 91367**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):
   **James Lacey,  Managing Member**

8. Total number of attached pages of supporting documentation:  **0**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2          **VEN-C**

| In re | | CHAPTER 11 |
|-------|--|------------|
| Crunchies Food Company, LLC | | |
| | Debtor. | CASE NUMBER |

9.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on 8-15-14, at Westlake ß. California.

**James P. Lacey**

Type Name of Officer

**Managing Member**

Position or Title of Officer

Signature of Declarant

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
**David L. Neale SBN141225**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

☐ Attorney for:

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Crunchies Food Company, LLC**

Debtor(s).

CASE NO.:
CHAPTER: **11**
ADV. NO.:

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, List of Top 20 Unsecured Creditors, Mailing Matrix, etc.     Date Filed: __**8/11/2014**__
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____     Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     __**8-15-14**__
*Signature of Authorized Signatory of Filing Party*              Date

**James P. Lacey**
*Printed Name of Authorized Signatory of Filing Party*

**Managing Member**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     _____
*Signature of Attorney for Filing Party*              Date

**David L. Neale 141225**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David L. Neale SBN141225**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br><br>☐ Attorney for: | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    **Crunchies Food Company, LLC**<br>                                          Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☒ | Petition, List of Top 20 Unsecured Creditors, Mailing Matrix, etc. | Date Filed: **8/11/2014** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☐ | Other: _____ | Date Filed: |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          _____
*Signature of Authorized Signatory of Filing Party*                              Date

**James P. Lacey**
*Printed Name of Authorized Signatory of Filing Party*

**Managing Member**
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          _8/11/14_____
*Signature of Attorney for Filing Party*                              Date

**David L. Neale 141225**
*Printed Name of Attorney for Filing Party*

*November 2006*