DAVID L. NEALE (SBN 141225)
J.P. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DLN@LNBYB.COM; JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA BARBARA DIVISION

| | |
|---|---|
| In re: | Case No.: 9:14-bk-11776-PC |
| CRUNCHIES FOOD COMPANY, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **NOTICE OF SUBMISSION OF PROPOSED ORDERS ON DEBTOR'S "FIRST-DAY MOTIONS"** |
| | Hearing: |
| | Date: To be set by the Court |
| | Time: To be set by the Court |
| | Place: Courtroom 201 |
| | 1415 State Street |
| | Santa Barbara, CA 93101-2511 |

**PLEASE TAKE NOTICE** that, Crunchies Food Company, LLC (the "Debtor"), the chapter 11 debtor and debtor in possession in the above-captioned bankruptcy case, hereby submits its proposed orders on the following motions (collectively, the "First Day Motions"), which will be heard by the Honorable Peter Carroll, United States Bankruptcy Judge for the Central District of California (the "Court"), on a date and at a time to be set by the Court.

/ / /

/ / /

/ / /

1

1. **DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND TO PROVIDE ADEQUATE PROTECTION ON AN INTERIM BASIS PENDING A FINAL HEARING** (the "Cash Collateral Motion"); and

2. **DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE** (the "Utility Motion").

True and correct copies of the proposed orders on the First Day Motions are attached as exhibits hereto as identified below:

1. **ORDER: (1) GRANTING DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND TO PROVIDE ADEQUATE PROTECTION ON AN INTERIM BASIS PENDING A FINAL HEARING AND (2) SETTING A FINAL HEARING** (Exhibit "A"); and

2. **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE** (Exhibit "B").

Dated: August 18, 2014                    CRUNCHIES FOOD COMPANY, LLC

By:    /s/ David L. Neale
         DAVID L. NEALE
         JOHN-PATRICK M. FRITZ
         LEVENE, NEALE, BENDER,
         YOO & BRILL L.L.P.
         Proposed Attorneys for Chapter 11
         Debtor and Debtor in Possession

**EXHIBIT A**

DAVID L. NEALE (SBN 141225)
J.P. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email:  DLN@LNBYB.COM, JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA BARBARA DIVISION

| | |
|---|---|
| In re: | ) Case No.: 9:14-bk-11776-PC |
| | ) |
| CRUNCHIES FOOD COMPANY, LLC, | ) Chapter 11 Case |
| | ) |
| Debtor and Debtor in Possession. | ) **ORDER: (1) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION ON AN INTERIM BASIS PENDING A FINAL HEARING AND (2) SETTING A FINAL HEARING** |
| | ) |
| | ) Emergency Hearing: |
| | ) Date: To be set by the Court |
| | ) Time: To be set by the Court |
| | ) Place: Courtroom 201 |
| | )     1415 State Street |
| | )     Santa Barbara, CA 93101-2511 |
| | ) |
| | ) Final Hearing: |
| | ) Date: To be set by the Court |
| | ) Time: To be set by the Court |
| | ) Place: Courtroom 201 |
| | )     1415 State Street |
| | )     Santa Barbara, CA 93101-2511 |
| | ) |

1

At the above-referenced date, time and location, the Honorable Peter H. Carroll, United States Bankruptcy Judge for the Central District of California (the "Court"), held an emergency hearing on the *Debtor's Emergency Motion for Authority to Use Cash Collateral and to Provide Adequate Protection on an Interim Basis Pending a Final Hearing* (the "Motion") filed by Crunchies Food Company, LLC (the "Debtor"), the chapter 11 debtor and debtor in possession in the above-captioned bankruptcy case. Appearances were made as set forth on the record of the Court. Upon consideration of the Notice of the Motion, the Motion, the Memorandum of Points and Authorities in support of the Motion, the declarations in support of the Motion, the budget (the "Budget") attached as Exhibit "1" to the declaration of James Lacey, any evidence duly admitted by the Court in support of the foregoing, any responses and oppositions to the Motion, the arguments of counsel made at the hearing on the Motion, the record in this case, and for good cause shown, therefor,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. Notice of the Motion was appropriate under the circumstances and complied with the requirements of the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules, as may have been modified by the Court.

2. The Motion is granted on an interim basis pending a final hearing.

3. The Budget is approved on an interim basis pending a final hearing.

4. The Debtor is authorized to use cash collateral on an interim basis pending a final hearing to pay all of the expenses set forth in the Budget and to pay the following: (a) all quarterly fees owing to the Office of the United States Trustee and all expenses owing to the Clerk of the Bankruptcy Court; and (b) all actual third-party, outside expenses incurred by the Debtor (or its counsel) directly related to the administration of the Debtor's bankruptcy estate (for items such as photocopying, postage, searches, etc.), not to exceed the total sum of $10,000

1  per month. In addition, the Debtor is authorized to deviate from the line items contained in the
2  Budget by not more than 15%, on a line-item basis and not more than 15% on an aggregate
3  basis.

4      5.    The Debtor is authorized to provide the secured creditors with the adequate
5  protection described in the Motion.

6      6.    A final hearing on the Motion (the "Final Hearing") shall be held on
7  _____ 2014, at \_\_:\_\_ \_.m. at the above-captioned location.

8      7.    Any response or opposition to the Motion shall be filed no later than
9/10  _____ 2014.

11      8.    Any reply to any response or opposition to the Motion shall be filed no later than
12  _____ 2014.

**IT IS SO ORDERED.**

###

**EXHIBIT B**

```
 1  DAVID L. NEALE (SBN 141225)
    J.P. FRITZ (SBN 245240)
 2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
    10250 Constellation Blvd., Suite 1700
 3  Los Angeles, California 90067
    Telephone: (310) 229-1234
 4  Facsimile: (310) 229-1244
    Email: DLN@LNBYB.COM; JPF@LNBYB.COM
 5
 6  Proposed Attorneys for Chapter 11 Debtor
    and Debtor in Possession
 7
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA BARBARA DIVISION

| In re: | ) Case No.: 9:14-bk-11776-PC |
|---|---|
| CRUNCHIES FOOD COMPANY, LLC, | ) Chapter 11 Case |
| Debtor and Debtor in Possession. | ) ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE |
| | ) Hearing:<br>) Date: To be set by the Court<br>) Time: To be set by the Court<br>) Place: Courtroom 201<br>)        1415 State Street<br>)        Santa Barbara, CA 93101-2511 |

1

At the above-referenced date, time, and location, the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California (the "Court") held a hearing on the *Debtor's Emergency Motion for Entry of an Order to Provide Adequate Assurance of Future Payment to Utility Companies Pursuant to Section 366(c) of the Bankruptcy Code* (the "Motion") filed by Pacific High Reach and Equipment Services, Inc. (the "Debtor"), the chapter 11 debtor and debtor in possession in the above-captioned bankruptcy case. Appearances were made as set forth on the record of the Court. Upon consideration of the Notice of the Motion, the Motion, the Memorandum of Points and Authorities in support of the Motion, any evidence and declarations in support of the foregoing duly admitted into evidence by the Court, the arguments of counsel made at the hearing on the Motion, the record in this case, and for good cause shown,

**IT IS HEREBY ORDERED**, as follows:

1. Notice of the Motion was appropriate under the circumstances and complied with the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules, as may have been modified by the Court.

2. The Motion is granted in its entirety.

3. The Debtor is authorized to provide adequate "assurance of payment" to the Utility Companies listed in Exhibit "1" to this Order via cash deposits in the amounts set forth in Exhibit "1."

4. The cash deposits paid by the Debtor to the Utility Companies in the amounts set forth in Exhibit "1" are deemed as constituting adequate "assurance of payment" pursuant to Section 366(c) of the Bankruptcy Code; and

///
///
///
///
///
///

5. The Utility Companies that receive cash deposits under this Order are ordered to return such cash deposit within ten (10) business days of termination of services, if and when such services are terminated.

**IT IS SO ORDERED.**

###

**Exhibit 1**

| UTILITY | ACCT # | Adequate Asssurance Deposit | UTILITY CO. ADDRESS | UTILITY FAX NO. | UTILITY TELEPHONE NO. |
|---|---|---|---|---|---|
| Gas Co | 182 115 7070 2 | $52.14 | The Gas Co  P.O. Box C  Monterey Park  CA  91756-5111 | 909-305-8261 | 800-427-2000 |
| Mega Path | 2351868 | $934.92 | Mega Path Dept 0324 PO BOX 120324 Dallas TX 75312-0324 | 925-201-2550 | 877-611-6342 |
| Southern California Edison | 2-33-779-4812 | $2,174.80 | SCE P.O. Box 300 Rosemead, CA 91772-001 | 626-302-2517 | 800-655-4555 |
| Verizon | 1210294126 | $811.93 | Verizon  P.O. Box 920041 Dallas, TX 75266-0108 | None Available | 800-VERIZON |
| Verizon | 1256293394 | $333.86 | Verizon  P.O. Box 920041 Dallas, TX 75266-0108 | None Available | 800-VERIZON |
| Verizon Wireless | 571914526-00001 | $1,625.04 | Verizon Wireless  P.O. Box 660108  Dallas, TX 75266-0108 | None Available | 800-922-0204 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*) **NOTICE OF SUBMISSION OF PROPOSED ORDERS ON DEBTOR'S "FIRST-DAY MOTIONS"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 18, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On August 18, 2014 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 18, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
The Hon. Peter H. Carroll
United States Bankruptcy Court
1415 State Street, Suite 230
Santa Barbara, CA 93101-2511

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 18, 2014 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Case 9:14-bk-11776-PC   Doc 11   Filed 08/18/14   Entered 08/18/14 19:44:43   Desc
Main Document    Page 14 of 14

**9:14-bk-11776-PC Notice will be electronically mailed to:**

Richard W Esterkin on behalf of Creditor Provident Trust Group, LLC
resterkin@morganlewis.com, vrader@morganlewis.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

John-Patrick M Fritz on behalf of Debtor Crunchies Food Company, LLC
jpf@lnbrb.com

David L. Neale on behalf of Debtor Crunchies Food Company, LLC
dln@lnbrb.com

Evan D Smiley on behalf of Creditor Chaucer Foods
esmiley@wgllp.com, msciesinski@wgllp.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**