Sean A. O'Keefe – SBN 122417
**OKEEFE & ASSOCIATES
LAW CORPORATION, P.C.**
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 334-4135
Fax: (949) 274-8639
Email: sokeefe@okeefelc.com
Counsel to the Donald Delaski Revocable Trust,
dated December 14, 2000

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA BARBARA DIVISION

| | |
|---|---|
| In re | Case No.: 9:14-bk-11776 PC |
| CRUNCHIES FOOD COMPANY, LLC, | Chapter 11 Proceeding |
| Debtor. | **RESPONSE OF THE DONALD DELASKI REVOCABLE TRUST, DATED DECEMBER 14, 2000, TO DEBTOR'S FIRST DAY MOTIONS** |
| | **DATE: August 21, 2014
TIME: 1:30 p.m.
PLACE: Ctrm. 201
         1415 State Street
         Santa Barbara, CA 93101** |

1        The Donald Delaski Revocable Trust, dated December 14, 2000 (the "Delaski Trust"), hereby submits the following *Response* to the *Debtor's Emergency Motion To Provide Adequate Assurance of Future Payments To Utility Companies* (the "Utility Motion") and the *Debtor's Emergency Motion To Use Cash Collateral* (the "Cash Collateral Motion") (together the "First Day Motions") filed by Crunchies Food Company, LLC (the "Debtor").

**I**

**RESPONSE TO THE FIRST DAY MOTIONS**

       The Debtor, which manufactures and sells healthy food snacks, filed a petition under Chapter 11 of the bankruptcy code on August 15, 2014. The Delaski Trust, which is the Debtor's largest creditor, holds a lien against substantially all of the Debtor's assets, including all accounts receivable, cash and cash equivalents, as security for approximately $5.2 million in outstanding Loans (the "Loan").

       The Debtor has two emergency motions pending before the Court: The Utility Motion and the Cash Collateral Motion. The Delaski Trust has no opposition to the Utility Motion and in fact would urge the Court to grant this motion, since the relief therein is critical to the maintenance of the Debtor's operations and its going concern value. The Delaski Trust would also urge the Court to grant the Cash Collateral Motion, since the relief therein is also critical to the maintenance of the Debtor's operations and its going concern value. However, the Delaski Trust would respectfully request that the Court grant the latter motion subject to the following prospective obligations:

       A.     <u>Financial Data</u>. The Cash Collateral Motion is not accompanied by any current or historical financial statements (income statements, balance sheets, and statement of cash flows). Without this financial data, the Delaski Trust cannot obtain a full understanding of the Debtor's actual state of affairs. Accordingly, the Delaski Trust would request that the Court require the Debtor to provide financial statements for the months of January 1, 2014 through July 2014, by August 25, 2014, to the Delaski Trust's counsel, via email;

       B.     <u>Valuation Data</u>. The Debtor has indicated in the Cash Collateral Motion that it has a value of approximately $15.0 million. The Debtor should be required to provide the source

-2-

WEST\223738487.2

1  data and valuation report/methodology that supports this value to the Delaski's Trust's counsel by

2  August 25, 2014 via email;

3          C.    <u>Insider Compensation</u>. The Debtor should confirm on the record that no

4  payments will be made to insiders, post-petition, until insider compensation applications have been

5  filed and approved; and

6          D.    <u>U.S. Trustee Reports</u>. The Delaski Trust would request that the Debtor email

7  copies of all operating reports and income statements to counsel for the Delaski Trust within one

8  business day of the date of their filing.

9      The Delaski Trust has loaned more funds to the Debtor than any other creditor and its

10  primary objective in this case is to insure that the value of its collateral is preserved to the greatest

11  extent possible. At this juncture, and with a full reservation of rights, it is this creditor's assessment

12  that granting the First Day Motions, subject to the foregoing requirements, is in best interest of

13  creditors.

14  Dated: August 20, 2014                        OKEEFE & ASSOCIATES
15                                            LAW CORPORATION, P.C.

16                                              /s/ Sean A. O'Keefe
                                         By: _____
17                                              Sean A. O'Keefe, counsel to
18                                              Donald Delaski Revocable Trust,
                                              dated December 14, 2000

19

20

21

22

23

24

25

26

27

28

WEST\223738487.2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4675 MacArthur Court, Suite 550, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **RESPONSE OF DONALD DELASKI REVOCABLE TRUST, DATED DECEMBER 14, 2000 TO DEBTOR'S FIRST DAY MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 20, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/20/2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Peter Carroll
United States Bankruptcy Court
1415 State Street, Suite 230 / Courtroom 201
Santa Barbara, California 93101-2511

**Via Email (dln@lnbyb.com)**
David L. Neale
Levene, Neale, Bender, Yoo & Brill L.L.P.
1 0250 Constellation Boulevard, Suite I700
Los Angeles, California 90067

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/20/2014 | Sean A. O'Keefe | /s/ Sean A. O'Keefe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

<pre>
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
</pre>

NEF LIST

- **Richard W Esterkin**    resterkin@morganlewis.com, vrader@morganlewis.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **John-Patrick M Fritz**    jpf@lnbrb.com
- **Mette H Kurth**    kurth.mette@arentfox.com, nancy.peters@arentfox.com
- **David L. Neale**    dln@lnbrb.com
- **Evan D Smiley**    esmiley@wgllp.com, msciesinski@wgllp.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov

WEST\223738487.2