DAVID L. NEALE (SBN 141225)
J.P. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DLN@LNBYB.COM, JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA BARBARA DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 9:14-bk-11776-PC |
| | ) |
| CRUNCHIES FOOD COMPANY, LLC, | ) Chapter 11 Case |
| | ) |
| Debtor and Debtor in Possession. | ) **DEBTOR'S REPLY TO CHAUCER** |
| | ) **FOODS UK LIMITED'S** |
| | ) **SUPPLEMENT TO ITS LIMITED** |
| | ) **OPPOSITION TO POST-PETITION** |
| | ) **FINANCING** |
| | ) |
| | ) |
| | ) Hearing: |
| | ) Date:  September 18, 2014 |
| | ) Time: 11:00 a.m. |
| | ) Place: Courtroom  201 |
| | )         1415 State Street |
| | )         Santa Barbara, CA 93101-2511 |

1

1   Crunchies Food Company, LLC (the "Debtor"), the debtor and debtor in possession in
2 the above-captioned, chapter 11 bankruptcy case, hereby files its reply (the "Reply") to Chaucer
3 Foods UK Limited's Supplement to Its Limited Objection (the "Opposition") [docket entry
4 no.75] to the Debtor's *Emergency Motion for an Interim Order (A) Authorizing Postpetition*
5 *Financing Pursuant to Section 364 of the Bankruptcy Code, (B) Granting Liens, Including*
6 *Priming Liens and Superpriority Claims to Postpetition Lender Pursuant to Section 364 of the*
7 *Bankruptcy Code, and (C) Providing Adequate Protection to Prepetition Lenders* (the
8 "Motion") [docket entry no. 53].  Capitalized terms used herein have the same meanings as
9 attributed to them in the Motion unless otherwise stated with specificity or implied by context.

10   Contrary to Chaucer's assertions, the Debtor has acted in good faith and been
11 cooperative, forthcoming, and diligent in responding to Chaucer's requests for information.
12 Because of the dealings between the Debtor and Chaucer prepetition, and because of valid
13 concerns to protect the Debtor's going-concern value, goodwill, customer lists, customer
14 relations, and trade secrets, the Debtor required that information provided to Chaucer be subject
15 to a confidentiality non-disclosure agreement ("NDA").

16   After last week's hearing at 2:00 p.m. on September 12, 2014, the Debtor engaged in the
17 following exchanges with Chaucer, through counsel.  In most instances, the Debtor responded
18 more quickly than Chaucer to move the process along.  As the following summary of exchanges
19 shows, the Debtor's counsel provided Chaucer with the NDA on Saturday, September 13, 2014,
20 at 4:02 p.m.  Chaucer did not return the NDA to Debtor's counsel until Monday, September 15,
21 2014, at 8:58 a.m.  Debtor's counsel returned further revisions on the NDA by 11:41 a.m. that
22 same morning, but Chaucer did not respond to those changes until the end of business at 5:50
23 p.m.  The next day, September 16, 2014, Debtor's counsel returned changes on the NDA to
24 Chaucer at 11:23 a.m., but Chaucer did not respond to those changes until nearly 4:00 p.m. and
25 did not return the next version of the NDA until the next day, September 17, 2014, at 10:10 a.m.
26 The Debtor signed the NDA and provided data room due diligence access to Chaucer before
27 2:00 p.m. the same day.

28

| Date | Time | Email |
|------|------|-------|
| 9/12 | 5:06 p.m. | From Chaucer's counsel, Mr. Smiley, regarding request for information |
| 9/12 | 6:37 p.m. | From Debtor's counsel, Mr. Neale, addressing request for information and seeking confirmation that information will be subject to NDA |
| 9/13 | 8:34 a.m. | From Chaucer's counsel, Mr. Smiley, confirming that information will be subject to NDA and requesting copy of same |
| 9/13 | 2:53 p.m. | From Debtor's President, James Lacey, Chaucer's counsel, Mr. Smiley, regarding due diligence requests |
| 9/13 | 3:45 p.m. | From Chaucer's counsel, Mr. Smiley, requesting a copy of the NDA |
| 9/13 | 3:56 p.m. | From Debtor's counsel, Mr. Neale, requesting explanation of Chaucer's need for certain information relative to DIP financing compared to information for an offer to purchase the company |
| **9/13** | **4:02 p.m.** | **From Debtor's counsel, Mr. Neale, with NDA in Word format for editing and modification and request that Chaucer answer the Debtor's counteroffer on Chaucer's original postpetition letter of intent ("LOI") for sale** |
| 9/13 | 4:05 p.m. | From Chaucer's counsel, Mr. Smiley, regarding Chaucer's interest in purchasing company or making a DIP loan premised on due diligence |
| 9/13 | 5:31 p.m. | From Debtor's counsel, Mr. Neale, regarding Chaucer's request for information in connection with purchase of company and timing problems because DIP financing is needed much sooner |
| **9/15** | **8:58 a.m.** | **From Chaucer's counsel, Mr. Smiley, with revised NDA** |
| 9/15 | 9:29 a.m. | From Debtor's counsel, Mr. Neale, acknowledging receipt of NDA and requesting that Chaucer provide the terms of its "less onerous" DIP financing loan and requesting response on Debtor's counter-offer to LOI |
| **9/15** | **11:41 a.m.** | **From Debtor's counsel, Mr. Neale, with revised NDA accepting and rejecting certain of Chaucer's changes to the NDA** |
| **9/15** | **5:50 p.m.** | **From Chaucer's counsel, Mr. Smiley, with further revisions to the NDA** |
| **9/16** | **11:23 a.m.** | **From Debtor's counsel, Mr. Neale, rejecting and accepting certain of Chaucer's revisions to the NDA** |

| | | |
|---|---|---|
| 9/16 | 3:41 p.m. | From Chaucer's counsel, Mr. Marticello, requesting clarification and explanation for certain of Debtor's revisions to the NDA |
| 9/16 | 4:02 p.m. – 4:45 p.m. | Exchange between Debtor's counsel, Mr. Neale, and Chaucer's counsel, Mr. Marticello, regarding explanation of certain revisions to NDA |
| **9/17** | **10:10 a.m.** | **From Chaucer's counsel, Mr. Marticello, with further changes to the NDA** |
| 9/17 | 10:24 a.m. | From Debtor's counsel, Mr. Neale, requesting clarification on certain points in the NDA but sending the NDA to the Debtor for signature if such clarifications are addressed |
| **9/17** | **1:37 p.m.** | **From Debtor's counsel, Mr. Neale, indicating Debtor's acceptance of the NDA** |
| **9/17** | **1:57 p.m.** | **From Debtor's counsel, Mr. Neale, with access link to Debtor's data room for due diligence** |

The Debtor has worked quickly and diligently to respond to Chaucer and operate in good faith. However, the Debtor still has not received any terms from Chaucer on post-petition financing. Furthermore, over the last two weeks, the Debtor still has not received any counter from Chaucer to the Debtor's counteroffer of September 2, 2014, which was made in response to Chaucer's letter of intent on August 28, 2014.

Dated: September 17, 2014                    CRUNCHIES FOOD COMPANY, LLC

By:    */s/ John-Patrick M. Fritz*
     David L. Neale
     John-Patrick M. Fritz
     LEVENE, NEALE, BENDER,
     YOO & BRILL L.L.P.
     Proposed Attorneys for Chapter 11
     Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*) **DEBTOR'S REPLY TO CHAUCER FOODS UK LIMITED'S SUPPLEMENT TO ITS LIMITED OPPOSITION TO POST-PETITION FINANCING**
will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 17, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On September 17, 2014 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 17, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
The Hon. Peter H. Carroll
United States Bankruptcy Court
1415 State Street, Suite 230
Santa Barbara, CA 93101-2511

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 17, 2014 | Jason Klassi | */s/ Jason Klassi* |
|---|---|---|
| *Date  Printed Name* | | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**9:14-bk-11776-PC Notice will be electronically mailed to:**

Janet L Chubb on behalf of Creditor Sierra Packaging & Converting
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com

Robert E Dye on behalf of Interested Party Courtesy NEF
rdye@ckdcounsel.com, sransom@ckdcounsel.com

Robert E Dye on behalf of Partner Charles, Kane & Dye, LLP
rdye@ckdcounsel.com, sransom@ckdcounsel.com

Richard W Esterkin on behalf of Creditor Provident Trust Group, LLC
resterkin@morganlewis.com, vrader@morganlewis.com

Richard W Esterkin on behalf of Creditor The Chung Family Trust
resterkin@morganlewis.com, vrader@morganlewis.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

John-Patrick M Fritz on behalf of Debtor Crunchies Food Company, LLC
jpf@lnbrb.com

Mette H Kurth on behalf of Interested Party Courtesy NEF
kurth.mette@arentfox.com, nancy.peters@arentfox.com

David L. Neale on behalf of Debtor Crunchies Food Company, LLC
dln@lnbrb.com

Sean A Okeefe on behalf of Creditor DeLaski Revocable Trust
sokeefe@okeefelc.com

Richard A Rodgers on behalf of Creditor CABRILLO WESTLAKE
rar@sd-attorneys.com

Evan D Smiley on behalf of Creditor Chaucer Foods
esmiley@wgllp.com, msciesinski@wgllp.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**