SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Ori Katz (SBN: 209561)
Robert K. Sahyan (SBN: 253763)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: okatz@sheppardmullin.com
       rsahyan@sheppardmullin.com

COUNSEL TO OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
David L. Neale (SBN: 141225)
J.P. Fritz (SBN: 245240)
10250 Constellation Blvd., Suite 1700
Los Angeles, California  90067
Telephone:    (310) 229-1234
Facsimile:    (310) 229-1244
Email: dln@lnbyb.com
       jpf@lnbyb.com

COUNSEL TO DEBTOR AND
DEBTOR-IN-POSSESSION

**FILED & ENTERED**

**MAY 07 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY RUST       DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA BARBARA DIVISION**

| | |
|---|---|
| In re<br><br>CRUNCHIES FOOD COMPANY, LLC,<br><br>Debtor. | Case No. 9:14-bk-11776-PC<br><br>Chapter 11<br><br>**ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING JOINT CHAPTER 11 PLAN OF LIQUIDATION FOR THE DEBTOR**<br><br>Date:    May 6, 2015<br>Time:   10:00 a.m.<br>Place:   Courtroom 201<br>           United States Bankruptcy Court<br>           1415 State Street<br>           Santa Barbara, CA 93101-2511 |

SMRH:437222329.1                          ORDER APPROVING DISCLOSURE STATEMENT

1    The *Disclosure Statement Describing Joint Chapter 11 Plan of Liquidation for the Debtor* (as may be amended or supplemented and including all exhibits and supplements thereto, the "<u>Disclosure Statement</u>") having been filed on March 31, 2015 [Dkt. # 241] by above-captioned debtor (the "<u>Debtor</u>") and the Official Committee of Unsecured Creditors (the "<u>Committee</u>" and together with the Debtor, the "<u>Proponents</u>"), describing the Proponents' proposed *Joint Chapter 11 Plan of Liquidation for the Debtor* (as may be amended or supplemented and including all exhibits and supplements thereto, the "<u>Plan</u>"); and due, adequate, and sufficient notice of the hearing on the Disclosure Statement the ("<u>Disclosure Statement Hearing</u>") and the time fixed for filing objections thereto having been given in accordance with the applicable rules and orders of this Court; and it appearing that no other notice need be given; and the Court having determined that the Disclosure Statement contains adequate information; and, for the reasons stated in the Disclosure Statement, the documents submitted in support thereof, and in such other further oral and documentary evidence as were presented prior to or at the time of the Disclosure Statement Hearing, and based on the record in this case and at the Disclosure Statement Hearing; and good, adequate and sufficient cause being shown to justify the immediate entry of this Order,

**IT IS ORDERED**, and notice is hereby given, that:

1.    The Disclosure Statement is hereby approved in all respects and as containing "adequate information" within the meaning of section 1125 of the Bankruptcy Code.

2.    The Proponents are empowered and authorized to transmit, at the expense of the Debtor's estate and by first-class mail, the Disclosure Statement, the Plan, a Ballot (as that term is defined in the Plan), and a notice of the confirmation hearing advising parties in interest of the various deadlines relating to the Plan, voting and confirmation (the "<u>Confirmation Hearing Notice</u>") to all creditors and equity holders entitled to vote on the Plan and to the United States Trustee by not later than **May 8, 2015**.

The Proponents, at their option, may transmit the foregoing documents by delivering electronic copies (except for the Confirmation Hearing Notice) on CD Rom.

3. To be valid and counted for purposes of Plan confirmation, Ballots accepting or rejecting the Plan must be received by Debtor's counsel by not later than **June 5, 2015**.

4. Any objection to Plan confirmation must be filed with the Court on or before **June 5, 2015**, with same day service upon counsel for the Debtor and the Committee.

5. Any reply to any timely filed objections to confirmation of the Plan, together with the ballot tabulation summary, all legal authorities and evidence in support of confirmation of the Plan, shall be in writing and filed with the Court and served upon counsel for any objecting party and as otherwise required on or before **June 10, 2015**.

6. The hearing to consider confirmation of the Plan will be held on **June 17, 2015** at **10:00 a.m.**

###

Date: May 7, 2015

Peter H. Carroll
United States Bankruptcy Judge